IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PEDRO CRUZ HERNANDEZ, F-11032, | ) | |
| Plaintiff(s), | ) | No. C 11-3223 CRB (PR) |
| vs. | ) | ORDER OF DISMISSAL |
| F. GONZALEZ, et al., | ) | (Docket #2) |
| Defendant(s). | ) | |

Plaintiff, a prisoner at the California Correctional Institution in Tehachapi, has filed a pro se complaint under 42 U.S.C. § 1983 attacking the validity of his state criminal conviction and sentence. He also seeks leave to proceed in forma pauperis under 28 U.S.C. § 1915 (docket # 2), which, based solely on his affidavit of poverty, is GRANTED.

Plaintiff's action must be dismissed without prejudice because it is well-established that any claim by a state prisoner that would necessarily imply the invalidity of his conviction or continuing confinement, as plaintiff's claim would here, must be brought in a habeas petition under 28 U.S.C. § 2254 after exhausting state judicial remedies. See Nelson v. Campbell, 541 U.S. 637, 642-44 (2004); see also Calderon v. Ashmus, 523 U.S. 740, 747 (1998) (claim by a prisoner attacking the fact or duration of his confinement must be brought under the habeas sections of Title 28 of the United States Code).

      For the foregoing reasons, the complaint is DISMISSED without prejudice to filing a habeas petition under § 2254 after exhausting state judicial remedies or, since it appears that petitioner already has filed a habeas petition, seeking to amend his pending habeas petition to add new claims after exhausting state judicial remedies.

      The clerk shall enter judgment in accordance with this order, terminate all pending motions as moot, and close the file.

SO ORDERED.

DATED:  July 15, 2011

                                        CHARLES R. BREYER  
                                        United States District Judge

G:\PRO-SE\CRB\CR.11\Hernandez, P1.dismissal.wpd